No. 85–1351. CASACELI, INDIVIDUALLY AND AS DULY AUTHORIZED REPRESENTATIVE OF THE ESTATE OF BODD, ET AL. v.

CHERAMIE BO TRUC #11, INC., ET AL. C. A. 5th Cir. Certiorari denied.